UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NESTOR A. PEINADO-RODRIGUEZ<br><br>Plaintiff,<br><br>v.<br><br>P.A. WOLVERTON, et al.,<br><br>Defendants. | CV 14-00744-JLS (SH)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the First Amended Complaint and other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Final Report and Recommendation.

///

///

///

1

     IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Final Report and Recommendation, (2) granting Defendants' Motion for Summary Judgment, and; (3) directing that Judgment be entered dismissing the action without prejudice.

     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: January 8, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE