JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

NESTER A. PEINADO-RODRIGUEZ ) CV 14-00744-JLS (SH)
)
        Plaintiff, ) JUDGMENT
)
  v. )
)
JOSE BUENO, M.D. et al., )
)
        Defendants. )

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 8, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE